# EXHIBIT 1 -
## Complaint

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 679,186

Registered May 26, 1959

Renewal Term Begins May 26, 1999

## TRADEMARK
## PRINCIPAL REGISTER

### FRISBEE

WHAM-O, INC. (CALIFORNIA CORPORATION)
3830 DEL AMO BOULEVARD, SUITE 101
TORRANCE, CA 905032119, BY MERGER, ASSIGNMENT, ASSIGNMET, ASSIGNMENT, ASSIGNMENT, ASSIGNMENT, AND CHANGE OF NAME FROM WHAM-O MFG. CO. (CALIFORNIA CORPORATION) SAN GABRIEL, CA

FOR: TOY FLYING SAUCERS FOR TOSS GAMES, IN CLASS 22 (INT. CL. 28).

FIRST USE 6-17-1957; IN COMMERCE 7-8-1957.

SER. NO. 72-056,220, FILED 7-28-1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 17, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**679,186**
Registered May 26, 1959

## PRINCIPAL REGISTER
## Trademark

Ser. No. 56,220, filed July 28, 1958

## FRISBEE

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif.

For: TOY FLYING SAUCERS FOR TOSS GAMES, in CLASS 22.
First use June 17, 1957; in commerce July 8, 1957.



# United States Patent Office

970,089
Registered Oct. 9, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 430,545, filed July 21, 1972

## FASTBACK FRISBEE

Wham-O Manufacturing Company (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: FLYING SAUCER USED IN SPORTS GAMES, in CLASS 22 (INT. CL. 28).
First use at least as early as Mar. 9, 1971; in commerce at least as early as Mar. 9, 1971.
Owner of Reg. No. 679,186.

# United States Patent Office

970,089
Registered Oct. 9, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 430,545, filed July 21, 1972

## FASTBACK FRISBEE

Wham-O Manufacturing Company (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: FLYING SAUCER USED IN SPORTS GAMES, in CLASS 22 (INT. CL. 28).
First use at least as early as Mar. 9, 1971; in commerce at least as early as Mar. 9, 1971.
Owner of Reg. No. 679,186.

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 970,089
Registered Oct. 9, 1973
Renewal Term Begins Oct. 9, 1993

## TRADEMARK
## PRINCIPAL REGISTER

### FASTBACK FRISBEE

KRANSCO (CALIFORNIA CORPORATION)
160 PACIFIC AVENUE, SUITE 200
SAN FRANCISCO, CA 94111, ASSIGNEE OF WHAM-O MANUFACTURING COMPANY (CALIFORNIA CORPORATION) SAN GABRIEL, CA

OWNER OF U.S. REG. NO. 679,186.

FOR: FLYING SAUCER USED IN SPORTS GAMES, IN CLASS 22 (INT. CL. 28).

FIRST USE 3-9-1971; IN COMMERCE 3-9-1971.

SER. NO. 72-430,545, FILED 7-21-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 10, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,410,998
Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ULTIMATE

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: FLYING DISCS; TOY FLYING DISCS AND SAUCERS USED IN SPORT AND RECREATIONAL ACTIVITIES AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-970,034, FILED 9-8-2006.

SALLY SHIH, EXAMINING ATTORNEY



# FRISBEE

**Reg. No. 4,046,202**
**Registered Oct. 25, 2011**
**Int. Cls.: 6, 9, 14, 18, 20, 21, 24, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: METAL KEY CHAINS; METAL KEY RINGS; FIGURES OF COMMON METAL; FIGURINES OF COMMON METAL; METAL BICYCLE LOCKS; METAL KEY HOLDERS; BRONZE RECOGNITION PLAQUES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMPUTER GAMES AND COMPUTER GAME PROGRAMS, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES FOR USE WITH GAMING CONSOLES, CELL PHONES, PERSONAL COMPUTERS, AND HAND-HELD VIDEO GAME DEVICES, DOWNLOADABLE SOFTWARE, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES; SUNGLASSES; DECORATIVE MAGNETS; EYEGLASS CASES; TELEPHONES; FASHION EYEGLASSES; SWIMMING GOGGLES; SNOW GOGGLES; DIVING GOGGLES; GOGGLES FOR SPORTS; INFLATABLE FLOATATION DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: PRECIOUS METALS AND THEIR ALLOYS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; JEWELRY, COSTUME JEWELRY; EARRINGS; RINGS; MEDALLIONS; NON-MONETARY COINS OF PRECIOUS METAL; CLOCKS, WATCHES; STOP WATCHES; ANKLE BRACELETS; BODY PIERCING RINGS AND STUDS; AND IDENTIFICATION BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: ANIMAL SKINS, HIDES; TRUNKS AND TRAVELING BAGS; UMBRELLAS; SADDLERY; LUGGAGE, SPORTS BAGS, DUFFEL BAGS, GARMENT BAGS, BACKPACKS, BRIEF CASES, FANNY PACKS, HANDBAGS, LUGGAGE TAGS; KNAPSACKS; TOTE BAGS; PURSES; WALLETS; CREDIT CARD CASES; GYM BAGS; ALL-PURPOSE SPORTS GEAR CARRYING BAGS; DOG LEASHES; SHOE BAGS FOR TRAVEL; SCHOOL BAGS; PET COLLARS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

Director of the United States Patent and Trademark Office

Reg. No. 4,046,202 FOR: NON-METAL KEY RINGS AND CHAINS; HAND-HELD MIRRORS; PLAQUES OF BONE, IVORY, PLASTIC, WAX, AND WOOD; SOFT SCULPTURE WALL DECORATIONS; DECORATIVE MOBILES; PLASTIC AND METAL STANDS FOR DISPLAYING OR HOLDING VARIOUS TYPES OF TOYS AND SPORTING EQUIPMENT; PLASTIC FIGURINES; PLASTIC WATER-FILLED SNOW GLOBES; TOY BOXES; PLASTIC AND WOOD FIGURINES; PLASTIC IDENTIFICATION TAGS; FURNITURE, CHAIRS AND STOOLS, TABLES, FOLDING SPORTS SEATS AND STOOLS, FOOTSTOOLS, INFLATABLE PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMBS, BATH SPONGES, KITCHEN SPONGES; BEVERAGE GLASSWARE; DRINKING CUPS AND GLASSES; JUGS; DECORATIVE AND COMMEMORATIVE PLATES; DINNERWARE; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN AND TERRA COTTA; MUGS MADE OF EARTHENWARE, GLASS AND PORCELAIN; LUNCH BOXES; TANKARDS NOT OF PRECIOUS METAL; MEAL TRAYS, WASTEPAPER BASKETS; CANDLESTICKS OF GLASS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: TABLE LINEN, TABLE CLOTHS NOT OF PAPER, TOWELS; BEACH TOWELS; BED LINENS; TABLE LINENS; CLOTH BANNERS; CLOTH PENNANTS; WOOLEN BLANKETS, SILK BLANKETS, BED BLANKETS; COVERLETS; CLOTH NAPKINS; LAP ROBES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, BATHING SUITS, BELTS, NECKTIES, SUSPENDERS, BANDANAS, INFANT AND TODDLER SLEEPWEAR, BATHROBES, NIGHT SHIRTS, PAJAMAS AND LOUNGEWEAR, BEACH COVER-UP DRESSES, CLOTH DIAPER SETS, KNIT DRESSES WITH PANTS SETS, SHORTS AND TOP SETS, SKIRT/PANTY COMBINATIONS, SOCKS, PLAY SUITS, COVERALLS, UNION SUITS, COLLARLESS SHIRTS, SHORTS, PANTS AND SLACKS, SHIRTS; JACKETS, NAMELY, WIND-RESISTANT JACKETS AND NYLON SHELLS; SPORTS UNIFORMS; SWEATERS; PARKAS; TURTLENECKS; MITTENS; GLOVES; UNDERWEAR; ROMPERS; JERSEYS; HEADWEAR AND SCARVES; EAR MUFFS, EAR BANDS AND HEADBANDS; HOSIERY; RAIN PONCHOS AND JACKETS; BATH THONGS; VISORS; APRONS; SKI AND CLOTH BIBS; T-SHIRTS; SWEATSHIRTS; SWEATPANTS; COATS; PULLOVERS; SKI SUITS; GOLF SHIRTS AND HATS; BLAZERS; LEGWARMERS; EVENING TOPS; JEANS; LEOTARDS; WORKOUT AND SPORTS APPAREL, NAMELY, TANK TOPS, SPORTS BRAS; SKI MASKS; FOOTWEAR, NAMELY, SHOES, BOOTS, SLIPPERS, AND BEACH SANDALS; HEADGEAR, NAMELY, HATS, CAPS, BASEBALL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: BOARD GAMES, TARGET GAMES; DECORATIONS FOR CHRISTMAS TREES; TOY FLYING DISKS; SLEDS; TOBOGGANS; BODY BOARDS; BAGS ESPECIALLY DESIGNED FOR SURFBOARDS; LEASHES USED IN CONJUNCTION WITH SURFING; SKIM BOARDS; SURF BOARDS; SWIM FINS; DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; CHRISTMAS TREE ORNAMENTS; COMMEMORATIVE SPORTS BALLS; ACTION PUPPETS; INFLATABLE TOYS; TEDDY BEARS; DARTBOARD CABINETS AND DARTS; CHRISTMAS STOCKINGS; BASKETBALL BACKBOARDS; YO-YOS; ACTION FIGURES AND ACCESSORIES THEREFORE; MARBLES; SPORTS BALLS; VOLLEYBALL NETS, TENNIS NETS, NETS FOR BALL GAMES; PLASTIC TOY HOOPS; TOY FOOT BEAN BAGS; GYMNASTIC EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; BALLOONS; GOLF GLOVES; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; PINBALL MACHINES; DISCUSES; EXER-

**Reg. No. 4,046,202** CISE EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; INFLATABLE INNER TUBES FOR AQUATIC RECREATIONAL USE; WATER TOYS; SAND TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 679,186, 1,151,090, AND OTHERS.

SN 78-931,341, FILED 7-17-2006.

RICHARD WHITE, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.