UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al., | **UNDER SEAL** |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:25-CV-07300-JPB |
| ARCADE SPORTS, et al., | |
| Defendants. | |

## ORDER

This matter comes before the Court on Plaintiffs' *Ex Parte* Motion to Extend Temporary Restraining Order, [Doc. 12], pursuant to Federal Rule of Civil Procedure 65(b)(2).  Plaintiffs have demonstrated that they have been diligent in sending the Temporary Restraining Order ("TRO") to the third parties providing services to Defendants and requesting that they comply with the terms of the TRO. The Court understands that the third parties are still currently working to gather Defendants' names and email addresses and freeze the relevant financial accounts, after which Plaintiffs will notify Defendants of the TRO and serve them with process.

The Court finds that Plaintiff has demonstrated good cause for an extension of the TRO to **January 20, 2026**.  The hearing on Plaintiffs' Motion for

Preliminary Injunction is rescheduled and set before the Court via videoconference for **January 20, 2026, at 9:45 AM**, at which time Defendants and/or any other affected persons may challenge the appropriateness of the TRO and move to dissolve the same, and shall appear and show cause why a preliminary injunction should not issue.

    **SO ORDERED** this 31st day of December, 2025.

_____
J. P. BOULEE
United States District Judge