# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| WHAM-O HOLDING, LTD., et al., | CIVIL ACTION NO. |
| Plaintiffs, | 1:25-cv-07300-JPB |
| v. |  |
| ARCADE SPORTS, et al., |  |
| Defendants. |  |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Andrew Palmer of the law firm Palmer Law Group P.A. hereby appears as counsel of record for LEILI Co.Ltd (Def. No. 303) in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

January 19, 2026,                    Respectfully submitted,

/s/ Andrew J. Palmer_____
Andrew J. Palmer
Palmer Law Group P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Defendant***

1