IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADE SPORTS, et al.,<br><br>Defendants. | Civil Action No.<br>1:25-CV-07300-JPB |

## **STIPULATED PRELIMINARY INJUNCTION**

WHEREAS, on December 19, 2025, Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O ("Plaintiffs") filed a Motion for *Ex Parte* Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery and Order to Show Cause ("Motion for TRO") pursuant to Rule 65 of the Federal Rules of Civil Procedure. [Doc. 3].

WHEREAS, the Court entered a temporary restraining order ("TRO") on December 23, 2025 ("TRO"). [Doc. 9].

WHEREAS, Counsel for DOE 60 (GIFTIARA), DOE 147 (OZMI), Doe 221 (YES US) and DOE 231 (yueqianli) (collectively, the "Stipulating Defendants") has contacted Plaintiffs' counsel and has agreed to the entry of the proposed preliminary injunction ("PIO") filed and entered at Doc. 17 against the Stipulating Defendants subject to a cap on the asset restraint;

THEREFORE, the PIO at Doc. 17 shall be modified as to the Stipulating Defendants as follows:

1. Any freeze or restraint of the assets of DOE 60 – GIFTIARA shall not exceed $40,000.  Any assets above $40,000 shall be unconditionally released to DOE 60 – GIFTIARA.

2. Any freeze or restraint of the assets of DOE 147 – OZMI shall not exceed $20,000.  Any assets above $20,000 shall be unconditionally released to DOE 147 – OZMI.

3. Any freeze or restraint of the assets of DOE 221 – YES US shall not exceed $10,000.  Any assets above $10,000 shall be unconditionally released to DOE 221 – YES US.

4. Any freeze or restraint of the assets of DOE 231 – yueqianli shall not exceed $20,000.  Any assets above $20,000 shall be unconditionally released to DOE 231 – yueqianli.

**SO ORDERED** this 20th day of January, 2026

J. P. BOULEE
United States District Judge

## Exhibit A

## LIST OF ALL PARTIES SUBJECT TO ORDER

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 60 | GIFTIARA | Amazon | AV1A4G6FEZB1P |
| 147 | OZMI | Amazon | A2AR8IYPSRM6HY |
| 221 | YES US | Amazon | A31A2XLMNIQOH7 |
| 231 | yueqianli | Amazon | A1XBFPIV8FBXX7 |