## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WHAM-O HOLDING, LTD., et al.,

       Plaintiffs,

v.

ARCADE SPORTS, et al.,

       Defendants.

Civil Action No.
1:25-CV-07300-JPB

## <u>PRELIMINARY INJUNCTION ORDER</u>

THIS CAUSE comes before the Court following a hearing on Plaintiffs'
Motion for Preliminary Injunction. The Court previously entered a Temporary
Restraining Order and Asset Freeze Order against all Defendants ("TRO") on
December 23, 2025. [Doc. 9]. The Court also authorized Plaintiffs to serve
Defendants by alternative means pursuant to Fed. R. Civ. P. 4(f)(3). [Doc. 10].
Specifically, the Court allowed electronic service to the email addresses and online
marketplace accounts associated with Defendants. In conjunction with the TRO,
the Court ordered Defendants to appear at a hearing to demonstrate good cause
why a preliminary injunction should not be issued. [Doc. 9]. The hearing was
held via zoom on January 20, 2026, at 9:45 A.M.

1

All Defendants[1], having been properly served with the Summons, Complaint, TRO and notice of the preliminary injunction hearing in accordance with this Court's Order authorizing alternative service, either failed to appear at the hearing or appeared but failed to show good cause why a preliminary injunction should not be issued against them.  Through the preliminary injunction hearing and Plaintiffs' associated motion papers, Plaintiffs have established:

   a)    A substantial likelihood of success on the merits of their trademark infringement claims given that:

      i)    Plaintiffs are the exclusive licensee to four federal trademark registrations (the "FRISBEE Trademarks");

      ii)    the infringing products advertised and offered for sale by Defendants are not authorized by Plaintiffs and are not genuine;

      iii)    Defendants are using works that are identical with or substantially indistinguishable from one or more of the FRISBEE Trademarks or colorable imitations of the FRISBEE Trademarks in commerce on or in connection with the advertising, offering for sale, and/or sale of infringing products; and

---

[1] The following defendants have been EXCEPTED from this order:  DOE 60 – GIFTIARA; DOE 147 – OZMI; DOE 221 – YES US; DOE 231 – yueqianli; and DOE 303 – LEILI Co. Ltd.

     iv)    Defendants' use of the FRISBEE Trademarks or colorable imitations of the FRISBEE Trademarks on or in connection with the advertising, offering for sale, and/or sale of infringing products is likely to cause consumer confusion, mistake, or deception as to the source or origin of the infringing products.

     v)    Defendants are offering for sale and selling reproductions of one or more of the FRISBEE Trademarks, or works that are derived from one of Plaintiffs' trademarks;

     vi)    Plaintiffs have not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of the FRISBEE Trademarks;

b)    Plaintiffs will suffer irreparable harm if the injunction does not issue in light of the rebuttable presumption of irreparable harm set forth in 15 U.S.C. § 1116(a).  Moreover, the continued sale of infringing products by Defendants threatens Plaintiffs with the loss of control of their reputation and the loss of considerable goodwill they have established with consumers.

c)    The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiffs' reputation and goodwill absent an

injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

d) The requested injunction would serve the public interest. Avoidance of consumer confusion is always in the public interest, particularly when consumers are being misled as to the quality, source, and composition of infringing products, many of which do not comply with applicable product safety, manufacturing, or labeling requirements.

Accordingly, Plaintiffs have established to the satisfaction of this Court that equitable relief in the form of a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Therefore, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED** as to all Defendants as follows:

a) For the duration of this action, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to:

i) cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any infringing products;

4

ii) cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing the FRISBEE Trademarks, or any confusingly similar works, other than genuine products manufactured or distributed by Plaintiffs or their authorized manufacturers and distributors;

iii) cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any infringing products;

iv) cease and refrain from using the FRISBEE Trademarks on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace;

v) cease and refrain from any and all use of the FRISBEE Trademarks on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any Marketplace; and

vi) cease and refrain from altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace during the pendency of this action or until further order of the Court.

b)   For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of infringing products through its virtual storefronts located on the online marketplaces.

c)   For the duration of this action, all Financial Institutions (as defined in Plaintiffs' motion) that receive actual notice of this Order shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

d)   No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or online marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

6

e)    For the duration of this action and upon receipt of actual notice of this

Order, each online marketplace on which a Defendant maintains a virtual

storefront or account shall continue to freeze all funds held or received by

the marketplace for any Defendant's benefit and disable each Defendant's

virtual storefronts on the marketplaces and any accounts associated with

each Defendant and cease providing any services to Defendants.

f)    Plaintiffs may notify the marketplaces and Financial Institutions of this

Order by electronic means, including by electronic mail.

g)    This Order shall remain in effect for the duration of this action and until

such time as a final judgment is entered.

h)    This Order shall apply to Defendants, their associated virtual storefronts on

the marketplaces, and any other websites, domain names, seller

identification names, e-commerce stores, or Financial Institution accounts

which are being used by Defendants, their officers, agents, employees,

attorneys, and all persons in active concert or participation with any of

them, for the purpose of advertising, offering for sale, and selling any

infringing products at issue in this action and/or unfairly competing with

Plaintiffs.

7

i)     The Court's previous Temporary Restraining Order, Asset Freeze Order,

and Order to Show Cause is dissolved and is replaced by this Preliminary

Injunction Order, which is hereafter in effect.

**SO ORDERED** this __21st__ day of __January_____, 2026.

_____

**J. P. BOULEE**
United States District Judge

**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Arcade Sports | Domain | arcade-sports.myshopify.com |
| 2 | iine | Domain | iine.nl |
| 3 | PupWonders | Domain | pupwonders.com |
| 4 | Wild Camping | Domain | wildcamping.store |
| 5 | Zone Sporting Goods | Domain | zonesportinggoods.com |
| 6 | Zush.sg | Domain | www.zush.sg |
| 7 | jbd-innovation | eBay | jbd-innovation |
| 8 | Judy12 | eBay | judy12 |
| 9 | kalindri.sports | eBay | kalindri.sports |
| 10 | kashlal-0 | eBay | kashlal-0 |
| 11 | raavapetshop | eBay | raavapetshop |
| 12 | 3DOEX Offcial | Amazon | A1FHCI094UE74H |
| 13 | AlphaRidge | Amazon | A13ZV4X7DKM3S1 |
| 14 | Amarlozn | Amazon | A1UND50BO01I9T |
| 15 | Andre Li | Amazon | A1IXD8DSH9OHVS |
| 16 | Aozhi Trading | Amazon | AZZQAUI0ORGVP |
| 17 | As U Like | Amazon | ABZMKXPBPAIF2 |
| 18 | Bai Xiang Huang | Amazon | A1ZHAMQWH43X07 |
| 19 | Baihui E-commerce | Amazon | ACI6QN5TIHWTX |
| 20 | Baleez | Amazon | A339IK3Z9YPI4K |
| 21 | BAOMWSL Store | Amazon | A2O2LXSHBPGZ52 |
| 22 | BDYCDZSW | Amazon | A21EURR8U91RZ |
| 23 | Bestmake | Amazon | AJXS8V9ML7GU4 |
| 24 | Biccod | Amazon | A2HR2DKZ2Y7R7H |
| 25 | BiGangXinCunDaJie | Amazon | A2JXONHNSLTR8K |
| 26 | BJShiHui | Amazon | A36A8DA8W2LYQW |
| 27 | Blailai Store (7-15 days delivery) | Amazon | A3GB9CTQS7CR7S |
| 28 | bpws-vac | Amazon | A3K7BLLONY52SW |
| 29 | Calibonbon | Amazon | AR17BSYO07UFI |
| 30 | Cangshen Tech | Amazon | A3BA73UV4ZT4JG |
| 31 | Cemil Basics Store | Amazon | A1HGTZDPX1ARFU |
| 32 | Cen Sha Information Technology | Amazon | AEL7N60TFK7PO |
| 33 | ceutmelye | Amazon | A37RSF6W9718KZ |
| 34 | changzhishilufeijiajuyouxiangongsi | Amazon | ARC6W3Q0V6VPB |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 35 | CHENXIEXIANG | Amazon | A28HQVUKUT4HD0 |
| 36 | chichendianzi | Amazon | A2MM1AOX3OZCM4 |
| 37 | ChongQingHuanLianDianZiShangWuGongZuoShi (Personal DuZi) | Amazon | AKJ5NOOLCEAJ3 |
| 38 | CIRCUMCISION | Amazon | A370N8RYDLL7V7 |
| 39 | Civilizek-US | Amazon | A1XZU8RNO7TQI7 |
| 40 | Cloth mask store | Amazon | A1ET2ORNJVZI4A |
| 41 | CNSNY | Amazon | AID9SXDV2B0OP |
| 42 | congsheng520 | Amazon | A2IKJW6I7JTU0Y |
| 43 | Coomat | Amazon | A31O55GQI9EGAH |
| 44 | CosmoFlame | Amazon | AOCLVPWOZZY8U |
| 45 | CSSMSTORE | Amazon | A2P566K4D3H2BN |
| 46 | cxsmshop | Amazon | A26D715ZX4AJ45 |
| 47 | Darna Official | Amazon | A28XKIDUXW3H4I |
| 48 | DeerZhiye | Amazon | A2RG34OI3TH8XB |
| 49 | Denylo | Amazon | A2JH477ZBEYRL9 |
| 50 | Duomi and Aimee | Amazon | A35CY31O8O1ESW |
| 51 | EnShiZhouKeWeiShangMaoYouXianGongSi | Amazon | AGHU3KV3BBU9L |
| 52 | fain | Amazon | A3ULXYD7R5J95X |
| 53 | fengyidianshang | Amazon | A11JKDJL3OGK97 |
| 54 | Followmearound | Amazon | A1GK40C0KKJC6D |
| 55 | Foxiod US | Amazon | A11CZUIZPSXVRP |
| 56 | FUXING666 | Amazon | A37CUWKN11BULU |
| 57 | GangChuangJian | Amazon | AM8VZDJ8RER2T |
| 58 | GEL BGONACOOL | Amazon | A1Y23IWUJ94WS6 |
| 59 | getuse-US | Amazon | A159UWR73FUUAE |
| 60 | EXCEPTED | Amazon | EXCEPTED |
| 61 | giteo bedding | Amazon | A1JIZ5LSBJ0YRX |
| 62 | Green Lemon Guojing | Amazon | AYKPOLT1RZK18 |
| 63 | GSTTGO | Amazon | A35DDCIK7CEH47 |
| 64 | guangzhouyimeiyouxiangongsi | Amazon | A1HJOVV62N1GVV |
| 65 | GUANGZHOUZHENZHULIMAOYIYOU XIANGONGSI | Amazon | A4WYXL5Z6NUSV |
| 66 | Gui | Amazon | A1TTC2F3C99SMD |
| 67 | guizhou hanxionggongyinglianguanliyouxiangongsi | Amazon | ANI24Q5O7GFVM |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 68 | Hai Kun | Amazon | A1ZF0YIZ4CYAIQ |
| 69 | Haixingtong | Amazon | A1ZO8LG2ZKGOB1 |
| 70 | Hangong Building Materials | Amazon | A1T0KI5CZNN377 |
| 71 | hanyim electronic | Amazon | A1RZNBP5S364BD |
| 72 | haochengpettoy | Amazon | AVA9FTQBGGE1H |
| 73 | haodehengyunshangmao | Amazon | A30A6BOJZXPEVN |
| 74 | haorong store | Amazon | A142RCHKDFVKSD |
| 75 | HeehongP | Amazon | AUCM3JT99KMYA |
| 76 | hefei shaodiaowukuajingdianzi shangwuyouxiangongsi | Amazon | A33A84MR4U1LDA |
| 77 | Hehui Trading Co., Ltd. | Amazon | A1R8W336UTJSJ3 |
| 78 | Hekou Chaoqicheng Trading Company | Amazon | A3K6WRAFGR5T4Q |
| 79 | henanhaoyuan | Amazon | A2NIGZP45795IN |
| 80 | henceforth | Amazon | A1BC00OX114CBZ |
| 81 | Hendlabb US | Amazon | A2G1IFY01VMVT0 |
| 82 | Hengtu HT | Amazon | A2QSB4C3I43RRW |
| 83 | hibofushi | Amazon | A3IIRFVVO1G3SU |
| 84 | HIFUNI | Amazon | A1B26192RFINAD |
| 85 | Hobby-Center | Amazon | ACDEADPEP81NJ |
| 86 | Hongezey Direct | Amazon | A37OEMXPLHCF3X |
| 87 | huaicai | Amazon | A1W8PG18XDQ8K8 |
| 88 | HUAQIAN Club | Amazon | AGCLW7R4KGO7A |
| 89 | hubeimingzhishangmaoyouxiangongsi | Amazon | A15M5RAWC4AM6X |
| 90 | HUIMINGSHANGMAO | Amazon | A3TWJRBHBPLUII |
| 91 | Huiyifangzhidian | Amazon | A2D2DGM6ZCIKDA |
| 92 | hushixiaopu | Amazon | A3GYT3NNT6DZEX |
| 93 | IGYYO | Amazon | A343IDU3DB418W |
| 94 | IMOUNTEK Shoppe | Amazon | A2R2SWFO9MF1M6 |
| 95 | IMPORTANT | Amazon | A1XA24SNE22766 |
| 96 | inkdogpet | Amazon | AETLFIG81I49O |
| 97 | It's Fun Direct | Amazon | A33TQCFW3ZIAU6 |
| 98 | It's showtime | Amazon | A1B4FMROBKK89G |
| 99 | JAMPFLY | Amazon | A7HKLDGEMEH1Z |
| 100 | JHS-Tech | Amazon | A1NPD3Y6U9IJ2E |
| 101 | JIAZAIKJ | Amazon | ATIE7Z74EPOT4 |
| 102 | JIHANGSHANGCHENG | Amazon | AUXEK1ZA8WTYV |
| 103 | Jinghong Yanfengda Trading Company | Amazon | AYCR3OQT8EJTU |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 104 | JinXiYiShang | Amazon | A217MVSMVWGG8F |
| 105 | JIXIANCT | Amazon | AICHA0RB0OW5K |
| 106 | JSONOYE US STORE | Amazon | AQUIX0GK88R3W |
| 107 | juanxindianzi | Amazon | A2QJQRFOJPG6O2 |
| 108 | JuFu | Amazon | A3VKBW7WQIOOVG |
| 109 | JYBFF | Amazon | AIBKKIOHP9KWB |
| 110 | LanHuiYanXi | Amazon | A5HWHJX11P36X |
| 111 | LaoTie-US | Amazon | AR755V32A2X50 |
| 112 | Lee's Shop | Amazon | A19O0TVMZWJDDR |
| 113 | LeMeiYi | Amazon | A3ULUJBQSBZG54 |
| 114 | LESHU | Amazon | A2JNNX3ZCH06CS |
| 115 | liushujuanst | Amazon | A2628S6B8UV4AZ |
| 116 | ljjweil | Amazon | A1G3WU2HEDPXTG |
| 117 | Lontin zone | Amazon | A2YKPHIFAX32DU |
| 118 | Lovely Billie | Amazon | A232YH7MKI7EAM |
| 119 | LOYGD Direct | Amazon | A8Y07I0NQ6NVV |
| 120 | Lucky Dog General Store | Amazon | A249EKSZPQH23W |
| 121 | LUKE LAN | Amazon | A15QPFYVD5WQHM |
| 122 | LUO&GEFIK | Amazon | A37L0OFZC03FWW |
| 123 | Lyan12025 | Amazon | A3NO687FHQ13ER |
| 124 | Lyu | Amazon | A3262X9NJURNRN |
| 125 | M Yue | Amazon | A2VG4JA1UXS6XN |
| 126 | maidamaifeng | Amazon | A214RF0CSW40CL |
| 127 | majinxinmaoyi | Amazon | A13JCV12EPCJ42 |
| 128 | maosuanfada | Amazon | A2PZKM7VRNX83E |
| 129 | MENGYUANS | Amazon | A2LD6GZZG4S0QD |
| 130 | miaohangfangzhou | Amazon | A1K1P6ZPXIB3T8 |
| 131 | MingPY | Amazon | AYIFB0DCOQ0WZ |
| 132 | MNaio 7-15 Day to delivery | Amazon | A2OQN41EPVL6MQ |
| 133 | MoQingWuShangMao | Amazon | A3LXOYD6JUCWGL |
| 134 | MOSDECEN | Amazon | ALXSZU75DH7FR |
| 135 | moss | Amazon | A24F6K7V3ONSDC |
| 136 | Moucai Information Technology | Amazon | A23C13J1EB26PO |
| 137 | MXF-US | Amazon | A12OTBMVGA0YFM |
| 138 | My money | Amazon | A28JW1870WGKRK |
| 139 | nanjingxinzuanyandianzishangwuyouxiangongsi-us | Amazon | ANM8DKL7V7GQF |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 140 | Nexgamsports | Amazon | A3HAEG9FAIUTQC |
| 141 | Nitkeep Official Store | Amazon | A21XH2JJELMTH2 |
| 142 | NiXinRui | Amazon | A3EVGVL2P7DJUW |
| 143 | NOV25TH-US | Amazon | A2B3OSC83DTHNZ |
| 144 | NuHuall | Amazon | A3KQGWF91SMDTV |
| 145 | Nuzzle & Snuggle | Amazon | A1YSRIJBMPYQNP |
| 146 | Oriental-Living | Amazon | A36GYNAM6SDHGL |
| 147 | EXCEPTED | Amazon | EXCEPTED |
| 148 | PAGE | Amazon | A9YLNR6AZS0AB |
| 149 | Paralysis | Amazon | AOXMTHIBAS1IQ |
| 150 | PawsomeFinds | Amazon | A2TZ69FY0VQV6L |
| 151 | PeiXuMin | Amazon | A3FA58VZ1V1502 |
| 152 | PetGo Global | Amazon | A34ZP429NV5U9J |
| 153 | PETON | Amazon | A3OL4GD9JBWGUX |
| 154 | QangmRngongsi | Amazon | A26RNR33ADD2WZ |
| 155 | qewryqtjhqae | Amazon | A3VG5LXAQVMIZB |
| 156 | Qincun E-commerce | Amazon | APPI76XE6S9RE |
| 157 | QingDaoJiaHuanJingWeiDianZiShangMaoYouXianGongSi | Amazon | A3E3NH8NRW2RQ2 |
| 158 | qingzhill | Amazon | A1XZL1MFUK2LY6 |
| 159 | QinHua-CD | Amazon | A3UIOSBGNPMQ6A |
| 160 | quyunjiaju | Amazon | A11XI1HAWB0OS |
| 161 | R-Eason | Amazon | AFMBT9B8A5IEF |
| 162 | RaboSkyDirect | Amazon | A3QS71MDV6JKRA |
| 163 | Rare Cherry | Amazon | A2PYPBJHM0FVTC |
| 164 | renliang123 | Amazon | A3N7E0X5J3NBY4 |
| 165 | rich woman | Amazon | A2FLFG8NYRI1FS |
| 166 | Rongjing Technology Digital | Amazon | ACWQMTIG1MJNK |
| 167 | Ruifan Trading Co., Ltd | Amazon | A30YCE5B0XVJ4S |
| 168 | Sanya Xinyue Selection Trading Co., Ltd. | Amazon | A1N5KT84TCIFO5 |
| 169 | Shaanxi Whale Mai State Trading Co., Ltd | Amazon | A23YZU70DPJCBC |
| 170 | Shanghai Xinchen | Amazon | A3CJ9KQJXLLMUO |
| 171 | Shangzhe Trading | Amazon | A19NEX4ADI4WZL |
| 172 | Shantou Xinyue Trading Co., Ltd. | Amazon | A1ZSP6B1CULSBG |
| 173 | Shenzhen Xiaoqi Technology Co., Ltd | Amazon | A3R82G12MQO9FF |
| 174 | Shineyidoor | Amazon | A2YZKNQ5F4D97J |
| 175 | ShuiZdz | Amazon | A2U7T7EH09DE8O |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 176 | sichuanzhenlijianzhuzhuangshigongchengyouxiangongsi | Amazon | ALOFDX71HALAA |
| 177 | Sky Rain Company | Amazon | A10KYKUPEIHLJE |
| 178 | Slaunt | Amazon | A1PPC4BO4868WH |
| 179 | Smartlin | Amazon | A4DIO245W50EB |
| 180 | SOKUPEE US STORE | Amazon | A2S3VYUHDIEL4W |
| 181 | tequdianzikejiyouxiangongsi | Amazon | A3RQQW1YW3QXLI |
| 182 | Teupioe | Amazon | A3IY5VDNJUQ9ZW |
| 183 | THESE | Amazon | A27YVMS9GC06 |
| 184 | TONGSHEN FACTORY STORE | Amazon | A3LC47PZJ2Q6ZM |
| 185 | TreGeclStore | Amazon | AWUFFXHHLCR43 |
| 186 | Tudoulei | Amazon | A1RIR3L7FOMF1L |
| 187 | vineyard | Amazon | A2R37I3O6OTOWK |
| 188 | VistaTop | Amazon | A2VTT44KMGFONL |
| 189 | VNNR TOYS SHOP | Amazon | A38VWIDEXNNQ4P |
| 190 | Vosante Direct | Amazon | A99NEVCHJUIWC |
| 191 | Wagorific US | Amazon | A2P658R4TMRV0Q |
| 192 | wanchuanwanju | Amazon | A2MVC7WU1BXM8L |
| 193 | Wanyougong | Amazon | AKO06DB0HE50Z |
| 194 | weibo212 | Amazon | A35OHM701KEPJP |
| 195 | weicaimaoyi | Amazon | A2CA0377UNLHA3 |
| 196 | Weilianke | Amazon | A2WKNCHAKICCB7 |
| 197 | WEIZHENGS | Amazon | A2RNWUZQL7IDYD |
| 198 | WENFANGXI | Amazon | AXF5US73L3LYW |
| 199 | wenpai | Amazon | A2FSGKFS556TW5 |
| 200 | whoaukf | Amazon | A6GU92FU63PCV |
| 201 | wllxms | Amazon | A3CBQX93OCVHM7 |
| 202 | WOW pets | Amazon | A19DFQFBI5X6WE |
| 203 | wubaixiaodian | Amazon | A1BHBWBMMPWB6A |
| 204 | WUTONGXUEXIAODIAN | Amazon | A21NXGNNZE08HC |
| 205 | wuweichuangshangmao | Amazon | A3R6QEZODWSMJI |
| 206 | WUXIAOSANGEJUTUAN | Amazon | A31UV0KE8JBXSZ |
| 207 | Wuzhou Tiancao Trading Co., Ltd. | Amazon | A63B50NW2MERX |
| 208 | xayg | Amazon | A2MCOPZI2JW23X |
| 209 | XHMC-Supply Company® | Amazon | A2O90UFJLSJOG7 |
| 210 | xianghuiyuan | Amazon | A3NLS9KECZAJ9A |
| 211 | XiAnYiEnDianShangYouXianGongSi | Amazon | A1VV8RQ783FZ3X |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 212 | Xiao Gan | Amazon | A12NMUEOANN6YQ |
| 213 | xiongxiaorui | Amazon | AAUDWY7HLM7JW |
| 214 | Yadushangmao | Amazon | A377IBWQKI28EV |
| 215 | YangJiangShiShenSiShengMaoYiYouXianGongSi | Amazon | A36QWG6KURCRUR |
| 216 | Yangquan Boru Trading Co., Ltd. | Amazon | A1IVUK0OF44E4H |
| 217 | YangShaoQ | Amazon | AAHFA12N3DNB |
| 218 | Yangyunshangmaohang | Amazon | AD3RJ0N1VPGLH |
| 219 | YANTZHE TRADING CO., LTD. | Amazon | ARNM84VAKBC7E |
| 220 | YaoGee | Amazon | A1A57AWAXOM82T |
| 221 | EXCEPTED | Amazon | EXCEPTED |
| 222 | yhriu. | Amazon | A3RJ4C3KGGOFM7 |
| 223 | Yihan Trading Co., Ltd. | Amazon | ARHB4FRBDQF03 |
| 224 | yingfengshanghang | Amazon | A78RTJR59M71P |
| 225 | YingQiDianShangDian | Amazon | A2W7Q67RLHXCM4 |
| 226 | Yishan Trade | Amazon | A3NU0CLGXNJ9IC |
| 227 | YOUBOGU | Amazon | A5NUW2V585KWP |
| 228 | YOUHAOCC | Amazon | A280LFV6V9VB3I |
| 229 | YSDZSW87 | Amazon | AUJYERPD9XPLD |
| 230 | YuanHengJianZhuGongCheng | Amazon | A2I5B99AOXBGNN |
| 231 | EXCEPTED | Amazon | EXCEPTED |
| 232 | Yueyao Store | Amazon | A2IQYY0WB1ZA4P |
| 233 | Yumen Shop | Amazon | A2KA0DNZGUAH4P |
| 234 | yunchenghanmeihuazhuangpinyouxiangongsi | Amazon | A16ULGS1RXA6X6 |
| 235 | YunHaiGJ | Amazon | A295BTJ5UCJ6QT |
| 236 | Yuyi E-commerce Co., Ltd. | Amazon | A3UKHV6YTS5125 |
| 237 | Zephyrone(Fast Delivery 7 - 14 Days) | Amazon | ALMB54FB1KS2U |
| 238 | ZEYUN888 | Amazon | AW1KTGR2STFMD |
| 239 | ZhengZhouQunRuiShangMaoYouXianGongSi | Amazon | A1C1MDSOAWR78N |
| 240 | zhenzhenshangwu | Amazon | A36Q81RAD16X9P |
| 241 | Zhiming2258 | Amazon | AZAXD8VHL6BHV |
| 242 | ZHUBINGHUA | Amazon | A3Q9MMMH5AIS0H |
| 243 | ziboyouting | Amazon | A2EIRZ62FQO3SW |
| 244 | Zixian shop | Amazon | A3GKM4GQFSGXN6 |
| 245 | ZIYELUZ | Amazon | A2MJC9SRJC37YZ |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 246 | activehome Store | Dhgate | 21583692 |
| 247 | afva Store | Dhgate | 21818881 |
| 248 | dream  high Store | Dhgate | 20223652 |
| 249 | happynicehome Store | Dhgate | 21571227 |
| 250 | jiangzeming Store | Dhgate | 21564110 |
| 251 | movie  store Store | Dhgate | 21690376 |
| 252 | smyy333 Store | Dhgate | 21882493 |
| 253 | smyy6 Store | Dhgate | 21768634 |
| 254 | topwholesalerno6 Store | Dhgate | 21582850 |
| 255 | umbrellanice Store | Dhgate | 21872521 |
| 256 | Active Outdoor Gear Store | Walmart | 102855141 |
| 257 | AiEr E-commerce | Walmart | 101572798 |
| 258 | Aiperq | Walmart | 101651976 |
| 259 | Awose Shop | Walmart | 102794898 |
| 260 | Bcylexb Toys | Walmart | 102512268 |
| 261 | cckkykgn | Walmart | 101644080 |
| 262 | CHEN-US | Walmart | 102723878 |
| 263 | chenzhoushisuxianqujuanningyunshangmaoyouxiangongsi | Walmart | 102854779 |
| 264 | Chloe Wang | Walmart | 102731759 |
| 265 | chuangdipiju | Walmart | 102682488 |
| 266 | CSCHome To Co.Ltd | Walmart | 101362955 |
| 267 | CU Product | Walmart | 101574236 |
| 268 | Danil K | Walmart | 102736947 |
| 269 | Defu | Walmart | 102771301 |
| 270 | dongguanshimingxiang | Walmart | 102889633 |
| 271 | Downward flow | Walmart | 102716915 |
| 272 | Fsitego | Walmart | 102797069 |
| 273 | FSYSX | Walmart | 102806147 |
| 274 | Gainlucky Hardware Store | Walmart | 102644090 |
| 275 | gaofeng | Walmart | 102881712 |
| 276 | Gardenias shop | Walmart | 102816309 |
| 277 | GENVIVIA | Walmart | 102613534 |
| 278 | Glan | Walmart | 102807441 |
| 279 | goo mak Outdoor | Walmart | 101585189 |
| 280 | Gratying | Walmart | 101185179 |
| 281 | gui90xin JX | Walmart | 102786601 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 282 | Hanonwoven Direct Ltd. | Walmart | 101192180 |
| 283 | HHHuishop | Walmart | 102898259 |
| 284 | Hjkjs | Walmart | 102878447 |
| 285 | HJones | Walmart | 101182900 |
| 286 | HomeVibe | Walmart | 102739993 |
| 287 | HuangXiaoxia | Walmart | 101638453 |
| 288 | Huiyao CO. | Walmart | 102804952 |
| 289 | Huyanling | Walmart | 102829919 |
| 290 | ISFJ | Walmart | 102867840 |
| 291 | Island trade and Commerce | Walmart | 102887524 |
| 292 | jiangwei | Walmart | 102891388 |
| 293 | jiangyunyaoyunshang | Walmart | 101694201 |
| 294 | JIAWEN Co.Ltd | Walmart | 101684468 |
| 295 | jinanming | Walmart | 101676651 |
| 296 | jinanyunqingyangdianzikeji | Walmart | 101683656 |
| 297 | jinfuluo | Walmart | 102844106 |
| 298 | JingLin Co. | Walmart | 102804841 |
| 299 | Jinglinuowei Co. Ltd | Walmart | 101569220 |
| 300 | JingYiFu | Walmart | 102504439 |
| 301 | KIRALUMI | Walmart | 101427048 |
| 302 | LanChuBo | Walmart | 101664692 |
| 303 | EXCEPTED | Walmart | EXCEPTED |
| 304 | Liupeilong | Walmart | 102755431 |
| 305 | Lssee | Walmart | 102525610 |
| 306 | Luca | Walmart | 102911294 |
| 307 | LumHaven | Walmart | 102760006 |
| 308 | Lumina Lane | Walmart | 102823478 |
| 309 | Lynzzeu flagship store | Walmart | 101174490 |
| 310 | Lyun | Walmart | 102808897 |
| 311 | MaoYaLi | Walmart | 102812101 |
| 312 | Mateng Fitness | Walmart | 101585179 |
| 313 | MiJiaFu | Walmart | 102789361 |
| 314 | Mirakia | Walmart | 101233775 |
| 315 | Nextwavve | Walmart | 102748980 |
| 316 | Paylo Commerce | Walmart | 102523768 |
| 317 | Peiwa Direct | Walmart | 101227237 |
| 318 | PetTrek Rover Pet Supplies | Walmart | 102633949 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 319 | QING WEI | Walmart | 102824189 |
| 320 | qingxuanruodianzishangwu | Walmart | 102718206 |
| 321 | QINGYOU | Walmart | 102520911 |
| 322 | qinzong8 | Walmart | 102884687 |
| 323 | Sheng Shouzheng | Walmart | 102852054 |
| 324 | ShineGoods | Walmart | 102761130 |
| 325 | Size Zoo | Walmart | 102761908 |
| 326 | SKY | Walmart | 102751096 |
| 327 | SONGDIAN | Walmart | 101693754 |
| 328 | Star River Shopping Plaza | Walmart | 102780818 |
| 329 | Stayco Shop | Walmart | 102807329 |
| 330 | SunnyMonaSHOP | Walmart | 102746049 |
| 331 | Sunpup Shop | Walmart | 102837968 |
| 332 | Super Eight Star | Walmart | 101683616 |
| 333 | SZD Co.Ltd | Walmart | 101240063 |
| 334 | TaiYuanShiXiuYangShangMao | Walmart | 101597088 |
| 335 | Tiiben Shop | Walmart | 102782113 |
| 336 | ToyM | Walmart | 101309542 |
| 337 | typhoon | Walmart | 102749971 |
| 338 | Unlimited Store | Walmart | 102843737 |
| 339 | Uppuppy | Walmart | 101586208 |
| 340 | Viflosae Home Co. Ltd | Walmart | 101571517 |
| 341 | WavyWei | Walmart | 102763867 |
| 342 | WENFENG Co.Ltd | Walmart | 101661995 |
| 343 | WQTIOQURWEITOP | Walmart | 101676627 |
| 344 | wu cui feng | Walmart | 102613463 |
| 345 | wuhanshirongxiaotongkeji | Walmart | 102796414 |
| 346 | xiayuedianzishangwu | Walmart | 102683519 |
| 347 | xiexiaojie | Walmart | 102765670 |
| 348 | xingzhouheli | Walmart | 102647407 |
| 349 | XIONGCI Co.Ltd | Walmart | 102479071 |
| 350 | XPSheng Shop | Walmart | 102739611 |
| 351 | xu ying ze | Walmart | 102838549 |
| 352 | Xuanyuebojiang Trading | Walmart | 101575463 |
| 353 | XueChunMei12 | Walmart | 101642308 |
| 354 | xumingfeng | Walmart | 102746278 |
| 355 | YANFENG Co.Ltd | Walmart | 102484100 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 356 | YaoFengYing12 | Walmart | 101642513 |
| 357 | Yilangjiashangmao | Walmart | 101577445 |
| 358 | YINGMU Co.Ltd | Walmart | 102479115 |
| 359 | Yoyomi Home | Walmart | 102573695 |
| 360 | YUANSHUPENG | Walmart | 102739851 |
| 361 | yuanyibomaoyi | Walmart | 102780747 |
| 362 | Yueyuetong | Walmart | 101646537 |
| 363 | ZEELIY | Walmart | 101690679 |
| 364 | Zinzoen Shop | Walmart | 101654865 |
| 365 | zojifen | Walmart | 102800878 |
| 366 | A Maoxuan | Temu | 634418222145098 |
| 367 | AdventureToys | Temu | 634418219940498 |
| 368 | AlDuoDuo | Temu | 634418223712491 |
| 369 | angutwo | Temu | 634418223213036 |
| 370 | asdadaaaaa | Temu | 634418224405384 |
| 371 | asfasgagg | Temu | 634418224453775 |
| 372 | AXyingzi | Temu | 634418224499332 |
| 373 | Beautiful Time Shopping Mall | Temu | 634418223756977 |
| 374 | boboershop | Temu | 634418224268416 |
| 375 | BoundLeap | Temu | 634418222790891 |
| 376 | Buy with confidence svip | Temu | 634418222461733 |
| 377 | caishuqindian | Temu | 634418224346302 |
| 378 | caishuqinhuopu | Temu | 634418224347788 |
| 379 | Charming Market | Temu | 634418223573865 |
| 380 | CHTYUR | Temu | 634418223424121 |
| 381 | codderretroact | Temu | 634418224580224 |
| 382 | cuilixiaopu | Temu | 634418222473570 |
| 383 | dDNK1 | Temu | 634418223317466 |
| 384 | DHSWG | Temu | 634418224459379 |
| 385 | DRlionRAN | Temu | 634418223976323 |
| 386 | Dudu Feb | Temu | 634418224600839 |
| 387 | dzxgbz | Temu | 634418223421531 |
| 388 | EchoVersed | Temu | 634418224945474 |
| 389 | Eeproduct | Temu | 634418223069973 |
| 390 | EiXoD | Temu | 634418223261565 |
| 391 | EZDKLT | Temu | 634418224631641 |
| 392 | Fidopark | Temu | 634418223698466 |

19

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 393 | fljfgg | Temu | 634418224855688 |
| 394 | FUFEN | Temu | 634418220732230 |
| 395 | FULAIONE | Temu | 634418225018829 |
| 396 | FULIDOM Outdoor Recreation | Temu | 3648314155719 |
| 397 | FYXIANG | Temu | 634418224475726 |
| 398 | gaoping | Temu | 634418222969011 |
| 399 | Global premium centralized warehouse | Temu | 634418223270886 |
| 400 | Good quality of private life | Temu | 634418222844613 |
| 401 | Grocopia | Temu | 634418223112229 |
| 402 | GrocVibe | Temu | 634418222805851 |
| 403 | gulubaG | Temu | 634418224403142 |
| 404 | HappyLing | Temu | 634418224424419 |
| 405 | HcdUW | Temu | 634418223693164 |
| 406 | HDFlife | Temu | 634418224770877 |
| 407 | Hhfye | Temu | 634418222849078 |
| 408 | HKai | Temu | 634418214359063 |
| 409 | Homproo | Temu | 634418223015324 |
| 410 | HomShin | Temu | 634418219731079 |
| 411 | huangshouxin | Temu | 634418224478794 |
| 412 | Huanku Shop | Temu | 634418222572856 |
| 413 | Idyllic Homes | Temu | 634418217624457 |
| 414 | JIAJIA supplier | Temu | 634418219178897 |
| 415 | jiayia shop | Temu | 634418224429121 |
| 416 | JIE FunDeal | Temu | 634418223958317 |
| 417 | JIE VivaCart | Temu | 634418223982880 |
| 418 | JJyingzi | Temu | 634418222312621 |
| 419 | JLfacai | Temu | 634418224237904 |
| 420 | junshengboutique | Temu | 634418220684310 |
| 421 | keweidianpu | Temu | 634418224476292 |
| 422 | kljsakdja | Temu | 634418223933780 |
| 423 | Lianghuang Trading Firm | Temu | 634418224369779 |
| 424 | linglinghive | Temu | 634418224552159 |
| 425 | liuleisy | Temu | 634418223581978 |
| 426 | LKJFLDJK | Temu | 634418224856509 |
| 427 | longproX | Temu | 634418224215279 |
| 428 | Luckyhop | Temu | 634418222100192 |
| 429 | maihang b | Temu | 634418224267743 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 430 | maomaohive | Temu | 634418224590203 |
| 431 | MewMingle | Temu | 634418223943674 |
| 432 | MXMXMOQ | Temu | 634418224192259 |
| 433 | NGSTREDV | Temu | 634418224611193 |
| 434 | NuzzNshop | Temu | 634418224331074 |
| 435 | Orange Aesthetics | Temu | 634418224936463 |
| 436 | OWH LYT SHOP | Temu | 634418224981299 |
| 437 | peiyuanxiaopu | Temu | 634418221185636 |
| 438 | PWZ Art painting | Temu | 634418223809274 |
| 439 | qingdage | Temu | 634418224640572 |
| 440 | qunqunLi | Temu | 634418224648316 |
| 441 | RUIHUANGGG | Temu | 634418224560915 |
| 442 | RXi Trading | Temu | 634418224481606 |
| 443 | SAFAFGAGH | Temu | 634418224510333 |
| 444 | SILUX TRADING | Temu | 634418224972019 |
| 445 | sjsjjsajqswwwwW | Temu | 634418224507771 |
| 446 | Solara Trading | Temu | 634418225094025 |
| 447 | songsage | Temu | 634418224551747 |
| 448 | SunXy | Temu | 634418224401938 |
| 449 | This time next year | Temu | 634418224322905 |
| 450 | timoy | Temu | 634418222488469 |
| 451 | TJFY SHOP | Temu | 634418224635950 |
| 452 | WHSYQJDZSHANGWUSHOP | Temu | 634418224013510 |
| 453 | Wonnice | Temu | 634418222696213 |
| 454 | wuminyou | Temu | 634418224689430 |
| 455 | xinhangdaoothree | Temu | 634418223215680 |
| 456 | XUWEIJIE | Temu | 634418224597314 |
| 457 | yangdianpuyi | Temu | 634418224370306 |
| 458 | yangmingxidianzi | Temu | 634418224323136 |
| 459 | YiWuDiNi | Temu | 634418222853098 |
| 460 | zhandianpuer | Temu | 634418224370963 |
| 461 | zhxaaa | Temu | 634418224361272 |
| 462 | ZJWzorvella | Temu | 634418223940540 |
| 463 | ZoomZoom Zoo | Temu | 634418223942354 |