IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al., | |
| Plaintiffs, | Civil Action No. 1:25-CV-07300-JPB |
| v. | |
| ARCADE SPORTS, et al., | |
| Defendants. | |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O (collectively, "WHAM-O" or "Plaintiffs") ("Plaintiffs") files this motion requesting an extension of time to respond to Defendants GIFTIARA and yueqianli's. ("Defendants") Motion to Dismiss (the "Motion"), Dkt. No. 20. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs commenced this action for trademark infringement on December 19, 2026. (Dkt. No. 1).

2. Plaintiffs served all defendants with notice of the lawsuit on January 8, 2025. (Dkt. No. 15).

3. Plaintiffs moved for TRO and requested the Court to convert the TRO to Preliminary Injunction on January 13, 2026. (Dkt. No. 17).

4. On January 14, 2026, Defendants' Counsel reached out to Plaintiffs' Counsel for a resolution of the case and entered to a consent Preliminary Injunction. (Dkt. No. 27).

5. On January 14, 2026, Defendants filed their Motion to Dismiss (Dkt. No. 20). Plaintiffs' response was thus due on January 28, 2026; 14-days later.

6. Due to a docketing error, Plaintiffs have not filed their response to Defendants' Motion to Dismiss (Dkt. No. 20).

7. On Feb 2, 2026, Plaintiffs' Counsel emailed and called Defendants' Counsel for consent to file an extension of time to respond to the Motion to Dismiss. Defendants' Counsel agreed.

8. In the spirit to amicably resolve this issue without the Court's intervention and to save the valuable judicial resources, as Plaintiffs always tried to do during the course of their litigations, and since Plaintiffs have entered into a consent PI so that there is no prejudice to Defendants, Plaintiffs respectfully request that the Court grant a 14-day extension and extend the deadline for Plaintiffs' response to Defendant's Motion until February 11, 2026.

WHEREFORE, the Plaintiffs request that the Court extend the briefing schedule on Defendants' Motion to Dismiss as follows:

- Plaintiffs have until February 21, 2026, to file their response in opposition to Defendant's Motion.

- Defendants have until February 25, 2026, to file their reply in support of their Motion.

Date: February 2, 2026               Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

Abby Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, Ga. 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*