IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARCADE SPORTS, et al., <br><br> Defendants. | Civil Action No. 25-CV-07300-JPB |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Smartlin | 179 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: February 2, 2026

Respectfully submitted,

<u>*/s/ Abby M. Neu*</u>
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*