IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADE SPORTS, et al.,<br><br>Defendants. | Civil Action No. 25-CV-07300-JPB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Andre Li | 15 |
| Bestmake | 23 |
| Biccod | 24 |
| CNSNY | 41 |
| CosmoFlame | 44 |
| Denylo | 49 |
| Foxiod US | 55 |
| hanyim electronic | 71 |
| IMOUNTEK Shoppe | 94 |
| JSONOYE US STORE | 106 |
| M Yue | 125 |
| MNaio 7-15 Day to delivery | 132 |
| moss | 135 |
| MXF-US | 137 |

| | |
|---|---|
| qewryqtjhqae | 155 |
| RaboSkyDirect | 162 |
| Teupioe | 182 |
| whoaukf | 200 |
| Active Outdoor Gear Store | 256 |
| CSCHome To Co.Ltd | 266 |
| GENVIVIA | 277 |
| ISFJ | 290 |
| LEILI Co.Ltd | 303 |
| Lssee | 305 |
| ShineGoods | 324 |
| Super Eight Star | 332 |
| Unlimited Store | 338 |
| Idyllic Homes | 413 |
| Luckyhop | 428 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 10, 2026

Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*