IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARCADE SPORTS, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-07300-JPB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AlphaRidge | 13 |
| Baihui E-commerce | 19 |
| Baleez | 20 |
| ChongQingHuanLianDianZiShangWuGongZuoShi (Personal DuZi) | 37 |
| Coomat | 43 |
| Duomi and Aimee | 50 |
| giteo bedding | 61 |
| henceforth | 80 |
| Hongezey Direct | 86 |
| HUIMINGSHANGMAO | 90 |
| IGYYO | 93 |
| Shineyidoor | 174 |
| Yadushangmao | 214 |
| Zhiming2258 | 241 |

1

| | |
|---|---|
| ziboyouting | 243 |
| CU Product | 267 |
| LanChuBo | 302 |
| Tiiben Shop | 335 |
| ToyM | 336 |
| Beautiful Time Shopping Mall | 373 |
| FUFEN | 394 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 18, 2026          Respectfully submitted,

/s/ Abby M. Neu
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*