UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADE SPORTS, et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:25-CV-07300-JPB |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 65], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. As an initial matter, the Court observes that mediation could be successful here given the parties' indication in their Joint Preliminary Report that there is some possibility of settlement. In the event that the parties are not aware, the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, the parties shall simply file a notice to that effect.

2. This case is assigned to a four-month discovery track.[1] Discovery is open and shall close on September 28, 2026. **The Court expects the parties to complete both fact and expert discovery during the time period allocated for discovery.**

3. Dispositive motions shall be filed no later than October 28, 2026.

**SO ORDERED** this 21st day of May, 2026.

**J. P. BOULEE**
United States District Judge

[1] The Court will make a decision on Doe 97's request to stay when its motion is ripe.